UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
KIM GRIFFIN,

                Plaintiff,

      - v -

IMPERIAL CREDIT SYSTEMS, INC.,

                Defendant.
----------------------------------------------------------------x

**MEMORANDUM**

CV-09-1093 (RJD)(VVP)

The plaintiff was specifically warned at the last conference in this action that she was required to send to the defendant's counsel copies of any letters she submitted to the court. The court has received a letter from the plaintiff which bears no indication that a copy was provided to the defendant's counsel. Accordingly, the court will take no action on the letter, which is being returned to the plaintiff with a copy of this order.

                              **SO ORDERED:**

                              *Viktor V. Pohorelsky*

                              VIKTOR V. POHORELSKY
                              United States Magistrate Judge

Dated:       Brooklyn, New York
                June 6, 2011